UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GERARDO FLORES | ) | CASE NO. 12-80254 |
| ALICIA FLORES | ) | |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION**

TO:   Bank of America NA                               Codilis & Associates PC
      (Creditor Name)                                  (Creditor's Attorney Name)
      PO Box 660933                                    Bankruptcy Dept.
      (Creditor Address)                               (Creditor's Attorney Address)
      Dallas, TX  75266-0933                           15W030 N. Frontage Rd., Suite 100

      001 / 8 / (K) 9851                               Burr Ridge, IL  60527
      (Trustee Claim # / Court Claim # / Acct #)


      Bank of America                                  Bank of America NA
      450 American Street                              Bankruptcy Dept., MC:  CA6-919-01-23
      Simi Valley, CA  93065                           400 National Way
                                                       Simi Valley, CA  93065


      Gerardo Flores                                   Law Offices of Arturo P. Gonzalez
      (Debtor's Name)                                  (Debtor's Attorney Name)
      Alicia Flores                                    920 Davis Road, Suite 100
      (Debtor's Address)                               (Debtor's Attorney Address)
      714 W. Thompson Street                           Elgin, IL  60123

      Harvard, IL  60033

      12-80254
      (Case Number)

THIS NOTICE IS HEREBY GIVEN BY THE CHAPTER 13 TRUSTEE, LYDIA S. MEYER, THAT THE NOTICE OF CURE FILED ON JANUARY 15, 2013 WAS FILED IN ERROR AND IS HEREBY WITHDRAWN.

/s/Lydia S. Meyer
LYDIA S. MEYER, Trustee

**CERTIFICATE OF MAILING**

The undersigned certifies that a copy of the foregoing notice was mailed to the Debtor(s), Debtor(s) attorney of record, and creditor to addresses listed above in envelopes bearing first class postal indicia on the 7th day of February, 2013.

/s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 W. State Street, Suite 212
P.O. Box 14127
Rockford, IL  61101-4127
Telephone:  815/968-5354
Fax:  815/968-5368